1  SEAN P, NALTY  (SBN 121253)
   WILSON, ELSER, MOSKOWITZ,
2       EDELMAN& DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA  94105
   Telephone:     (415) 433-0990
4  Facsimile:     (415) 434-1370

5  Attorneys for Defendant
   CIGNA GROUP INSURANCE aka
6  CIGNA DOE INSURANCE AGENT

7

8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12 TINA MERCER,                             ) Case No.:     CV06-02217 LKK (EFB)
                                            )
13         Plaintiff,                       ) **STIPULATION FOR DISMISSAL**
                                            ) **WITH PREJUDICE AND  ORDER**
14     v.                                   ) **THEREON**
                                            )
15 CIGNA GROUP INSURANCE aka CIGNA DOE      )
   INSURANCE AGENT and DOES 2 TO 100,       )
16                                          )
           Defendants.                      )
17                                          )
                                            )
18 _____ )

19

20      Plaintiff Tina Mercer ("plaintiff"), and defendant Cigna Group Insurance aka Cigna Doe

21 Insurance Agent ("defendant"), through their respective attorneys of record, David Allen, Esq. of

22 David Allen & Associates, on behalf of plaintiff, and Sean P. Nalty, Esq. of Wilson, Elser,

23 Moskowitz, Edelman & Dicker, LLP, on behalf of defendant, HEREBY STIPULATE that the

24 above-captioned matter and all claims of relief therein can be dismissed with prejudice pursuant to

25

26

27

28
**1**
**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC EDCA No. CV06-02217 LKK (EFB)
288302.1

1  Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and
2  attorneys' fees.
3  IT IS SO STIPULATED.

5  Dated: July 5, 2007                                   DAVID ALLEN & ASSOCIATES

7                                                        By:   /s/
                                                              David Allen, Esq.
8                                                             Attorneys for Plaintiff
                                                              TINA MERCER

10
11 Dated:  July 3, 2007                                   WILSON, ELSER, MOSKOWITZ,
                                                              EDELMAN & DICKER LLP

13                                                        By:   /s/
                                                              Sean P. Nalty, Esq.
14                                                            Attorneys for Defendant
                                                              CIGNA GROUP INSURANCE aka
15                                                            CIGNA DOE INSURANCE AGENT

17                                   **ORDER**
18  IT IS SO ORDERED.

20  Dated: July 6, 2007.

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

**2**
**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC EDCA No. CV06-02217 LKK (EFB)
288302.1